# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2021

Bridget M. McCormack,
Chief Justice

160551(70)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT LANCE PROPP,
     Defendant-Appellant.

SC: 160551
COA: 343255
Saginaw CC: 16-042719-FC

_____/

     On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before March 1, 2021.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2021



Clerk